# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moses, Barbara C. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>08/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (Full-Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street, Room 920
New York, NY 10007-1312

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President, Director | New York County Lawyers Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-Employed Consultant |
| 2. 2017 | Self-Employed Photographer |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Common Stock | A | Dividend | K | T | | | | | |
| 2. Berkshire Hathaway Class A Common Stock | | None | P2 | T | | | | | |
| 3. BlackRock Total International ex US Index Institutional | | None | | | Sold | 01/04/17 | K | A | |
| 4. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 5. Citigroup Common Stock | A | Dividend | L | T | | | | | |
| 6. DFA International Core Equity I | C | Dividend | M | T | Buy | 02/10/17 | M | | |
| 7. DFA US Large Cap Value | D | Dividend | M | T | | | | | |
| 8. Doubleline Core Fixed Income Mutual Fund \ | D | Dividend | N | T | Buy (add'l) | 02/10/17 | L | | |
| 9. | | | | | Sold (part) | 07/20/17 | J | A | |
| 10. | | | | | Buy (add'l) | 09/25/17 | M | | |
| 11. Goldman Sachs Muni Income Fund Mutual Fund | B | Dividend | L | T | | | | | |
| 12. Invesco Ultra Short Duration ETF | B | Dividend | | | Buy (add'l) | 02/10/17 | K | | |
| 13. | | | | | Sold | 09/25/17 | M | A | |
| 14. Ironwood Pharmaceuticals Class A Common Stock | | None | O | T | | | | | |
| 15. Ironwood Pharmaceuticals Class B Common Stock | | None | P1 | T | | | | | |
| 16. iShares MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 17. JM Smuckers Company Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Jefferies Group Inc. Common Stock | A | Dividend | K | T | | | | | |
| 19. Liberty Media Corp Series C Sirius XM | | None | | | Sold | 02/21/17 | J | D | |
| 20. Liberty Media Corp Series A Sirius XM | | None | | | Sold | 02/21/17 | J | C | |
| 21. Liberty Media Corp Series C Braves | | None | | | Sold | 02/21/17 | J | A | |
| 22. Liberty Media Corp Series A Braves | | None | | | Sold | 02/21/17 | J | A | |
| 23. Liberty Media Corp Del Com Ser C Media (f/k/a Liberty Media Corp Cl C) | | None | | | Sold | 02/21/17 | J | B | |
| 24. Liberty Media Corp Del Com Ser A Media (f/k/a Liberty Media Corp Cl A) | | None | | | Sold | 02/21/17 | J | A | |
| 25. Lowe's Companies Common Stock | A | Dividend | K | T | | | | | |
| 26. Matthews Asian Growth and Income Mutual Fund | C | Dividend | L | T | Buy (add'l) | 01/04/17 | K | | |
| 27. Invesco Water Resources ETF | A | Dividend | J | T | | | | | |
| 28. Schwab Total Bond Market Mutual Fund | A | Dividend | | | Sold (part) | 01/11/17 | K | A | |
| 29. | | | | | Sold | 02/10/17 | M | A | |
| 30. SPDR S&P 500 ETF | E | Dividend | O | T | Sold (part) | 02/10/17 | L | D | |
| 31. | | | | | Sold (part) | 07/20/17 | M | E | |
| 32. T. Rowe Price International Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 33. Templeton Global Bond Mutual Fund | C | Dividend | M | T | Buy (add'l) | 01/10/17 | L | | |
| 34. Templeton Global Income Mutual Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tootsie Roll Industries Common Stock | A | Dividend | K | T | Sold (part) | 04/01/17 | J | A | |
| 36. Vanguard Extended Market ETF | B | Dividend | M | T | | | | | |
| 37. Vanguard Extended Market Mutual Fund | A | Dividend | K | T | Sold (part) | 02/10/17 | K | D | |
| 38. | | | | | Sold (part) | 09/25/17 | K | D | |
| 39. Vanguard FTSE Developed Markets ETF | B | Dividend | K | T | | | | | |
| 40. Vanguard FTSE Emerging Markets ETF | C | Dividend | M | T | | | | | |
| 41. Vanguard High Dividend Yield ETF | C | Dividend | M | T | | | | | |
| 42. Vanguard Intermediate-Term Tax-Exempt Mutual Fund | E | Dividend | O | T | Buy (add'l) | 01/10/17 | K | | |
| 43. | | | | | Buy (add'l) | 02/10/17 | K | | |
| 44. Vanguard Limited-Term Tax-Exempt Mutual Fund | A | Dividend | | | Sold | 01/11/17 | L | A | |
| 45. Vanguard Short-Term Investment Grade Mutual Fund | C | Dividend | M | T | Buy (add'l) | 09/25/17 | M | | |
| 46. Vanguard Total Bond Market ETF | D | Dividend | O | T | Buy (add'l) | 02/10/17 | M | | |
| 47. | | | | | Buy (add'l) | 02/28/17 | L | | |
| 48. | | | | | Buy (add'l) | 07/20/17 | L | | |
| 49. Vanguard Total International Stock ETF | C | Dividend | M | T | Sold (part) | 02/10/17 | M | A | |
| 50. Schwab Cash Sweep | A | Interest | O | T | | | | | |
| 51. Schwab Government Securities Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYC Transitional Finance Auth Rev 3% 11/1/18 | B | Interest | K | T | | | | | |
| 53. JPMorgan Chase Bank Account | A | Interest | M | T | | | | | |
| 54. Bank of America Account | A | Interest | L | T | | | | | |
| 55. Canadian Imperial Bank of Commerce | B | Interest | M | T | | | | | |
| 56. Citibank (IRA) (CD) | A | Interest | | | Closed | 03/02/17 | J | | |
| 57. Citibank (IRA) Money Market | A | Interest | | | Closed | 02/14/17 | L | | |
| 58. 401(k) Plan #1 (H) | | | | | | | | | |
| 59. - Federated US Treasury Cash Reserves I Mutual Fund | A | Dividend | L | T | | | | | |
| 60. - PIMCO High Yield Admin Mutual Fund | D | Dividend | M | T | | | | | |
| 61. - Lazard International Strategic Equity Mutual Fund | A | Dividend | K | T | | | | | |
| 62. - Goldman Sachs Growth Opportunities A Mutual Fund | D | Dividend | L | T | | | | | |
| 63. Morvillo Abramowitz Target Benefit Plan (H) | | | | | | | | | |
| 64. T. Rowe Price 2020 Mutual Fund | D | Int./Div. | M | T | | | | | |
| 65. 401(k) Plan #2 (H) | | | | | | | | | |
| 66. - IBM Common Stock | A | Dividend | J | T | | | | | |
| 67. - Large Company Index Fund | | None | J | T | | | | | |
| 68. - Interest Income Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NY 529 Accounts (H) | | | | | | | | | |
| 70. - Moderate Age-Based Option: Income Portfolio | A | Dividend | K | T | | | | | |
| 71. - Moderate Age-Based Option: Conservative Portfolio | A | Dividend | K | T | | | | | |
| 72. - Conservative Age-Based Option: Conservative Income Portfolio | A | Dividend | K | T | | | | | |
| 73. - Interest Accumulation Portfolio | A | Dividend | K | T | | | | | |
| 74. - Inflation-Protected Securities Portfolio | B | Dividend | K | T | | | | | |
| 75. - Moderate Age-Based Option: Conservative Portfolio | A | Dividend | K | T | | | | | |
| 76. - Conservative Age-Based Option: Balanced Income Portfolio | A | Dividend | K | T | | | | | |
| 77. Treasury Direct \| Savings Bonds | C | Interest | M | T | | | | | |
| 78. Orrick Investments 2000 LLC | A | Distribution | J | W | | | | | |
| 79. Orrick Investments 2001 LLC | A | Distribution | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moses, Barbara C. | 08/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII (Investments and Trusts), Line 12: Invesco Ultra Short Duration ETF. This position was listed on the 2016 report as Guggenheim Enhanced Short Duration ETF. Guggenheim was acquired by Invesco and the fund name was changed.

In Part VII (Investments and Trusts), Line 18: Jefferies Group Inc. Common Stock. This position was listed on the 2016 report as Leucadia National Corporation Common Stock. The company changed its name from Leucadia National Corporation to Jefferies Financial Group, Inc.

In Part VII (Investments and Trusts), Line 27: Invesco Water Resources ETF. This position was listed on the 2016 report as Powershares Water Resources ETF. Invesco retired the PowerShares brand and renamed the ETF.

In Part VII (Investments and Trusts), Line 50: Schwab Cash Sweep. This position resulted from an account transfer from Goldman Sachs to Charles Schwab on 12/09/2016. The 2016 report incorrectly stated that the Goldman Sachs Bank Deposit Money Market was a reportable position on 12/31/2016 with a value code of P1 when there was actually no value for this position. That report should have stated that the Schwab Cash Sweep had a value code of O. The 2017 report is now accurate with a value code of O for the Schwab Cash Sweep position.

In Part VII (Investments and Trusts), Line 71: Moderate Age-Based Option: Conservative Portfolio. This position originated from an age-based 529 plan account that automatically becomes more conservative (without an reportable transaction being initiated) as the child gets closer to college-aged. This entire position was formerly reported as 100% invested in the Moderate Age-Based Option: Conservative Growth option.

In Part VII (Investments and Trusts), Line 72: Conservative Age-Based Option: Conservative Income Portfolio. This position originated from an age-based 529 plan account that automatically becomes more conservative (without an reportable transaction being initiated) as the child gets closer to college-aged. This entire position was formerly reported as 100% invested in the Conservative Age-Based Option: Income Portfolio option.

In Part VII (Investments and Trusts), the New York 529 Account statements do not provide income detail. Therefore, dividend yield information from a reputable data source was used and income was estimated for the reporting period on a best-efforts basis.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara C. Moses**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544